

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-10-00400-CV

IN RE CAROL ANN GIBBONS                                  RELATORS
AND VIRGINIA FLOYD

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

The court has considered Relators' petition for writ of mandamus and emergency motion for stay and is of the opinion that all relief should be denied. Accordingly, Relators' petition for writ of mandamus and motion for stay are denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).

DELIVERED:  November 4, 2010